IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:04-cv-1184-MEF |
| | ) |
| PRISON HEALTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 31, 2007 (Doc. 34), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The motions for summary judgment filed by defendants (Doc. #20, #24and #33) are GRANTED.

2. Judgment is GRANTED in favor of the defendants and against the plaintiff.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff for which execution may issue.

DONE this the 22nd day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE